IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN WASHINGTON,<br>　　　　Petitioner,<br><br>　　v.<br><br>BARRY SMITH, et al.,<br>　　　　Respondents. | :<br>:<br>:<br>:　Civ. No. 18-3327<br>:<br>:<br>: |

## J U D G M E N T

**AND NOW**, this 18th day of July, 2019, upon careful and independent consideration of Alvin Washington's *pro se* Petition for Writ of Habeas Corpus (Doc. No. 2), Respondents' Response to Petition (Doc. No. 7), Washington's Petition for Stay of Deliberation (Doc. No. 18), Respondents' Response in Opposition to Stay (Doc. No. 20), Magistrate Judge Hey's Report and Recommendation (Doc. No. 21), Washington's Objections (Doc. No. 24), Respondents' Response to Objections (Doc. No. 26), and available state court records, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **APPROVED and ADOPTED**;

2. Washington's Objections (Doc. No. 24) are **OVERRULED**;

3. Washington's Petition for Stay of Deliberation (Doc. No. 18) is **DENIED**;

4. The Petition for Writ of Habeas Corpus (Doc. No. 2) is **DISMISSED with prejudice**;

5. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

6. The **CLERK OF COURT** shall **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　　　**AND IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.